UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 08- 3023-MAP |
| v. | ) | |
| | ) | 21 U.S.C. § 851(a)(1) |
| | ) | (Sentence Enhancement for Prior Drug |
| HECTOR ADORNO | ) | Convictions) |

## INFORMATION

Comes now the United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Alex J. Grant, Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1), and states that it is the intent of the United States to rely upon four previous felony drug convictions of defendant Hector Adorno to increase the punishment that may be imposed by this Court upon defendant Hector Adorno's convictions for the drug offenses alleged in Count One, Two, Three, and Four of the Indictment in the above-captioned matter.

The prior felony convictions upon which the Government intends to rely regarding Hector Adorno are the following:

| Date of Disposition | Offense | Docket Number | Court |
|---|---|---|---|
| 1/15/08 | Possession with intent to Distribute Class B substance | 07-11028 | Springfield District Court |
| 1/15/08 | Possession with intent to Distribute Marijuana | 06-10945 | Springfield District Court |
| 1/15/08 | Possession with intent to Distribute Cocaine Possession with intent to Distribute Heroin | 06-9135 | Springfield District Court |

| | | | |
|---|---|---|---|
| 10/10/06 | Possession with intent to Distribute Cocaine | 06-1343 | Springfield District Court |

Certified copies of the convictions will be ordered, and they will be maintained by the undersigned attorney for the government.

Filed this 15th day of May, 2008.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Alex Grant
ALEX J. GRANT
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Alex Grant
Alex J. Grant
Assistant United States Attorney