UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 08-30023-MAP |
| ) | |
| HECTOR ADORNO, ) | |
| *Defendant*. | |

**ASSENTED-TO
MOTION TO RESENTENCE TO TIME-SERVED**

Defendant, Hector Adorno, has filed a § 2255 motion asking that his sentence be vacated and that he be resentenced on the ground that the conviction that served as the basis for enhancing his sentence under 21 U.S.C. § 851 has been vacated. *See* D.E. 187.

Assistant U.S. Attorney Alex J. Grant has indicated that he does not oppose the motion.

Absent the § 851 enhancement, Mr. Adorno's guideline range, as confirmed by the U.S. Probation Department, is 77–96 months.[1] Mr. Adorno has served in excess of that range. Accordingly, he moves that his § 2255 motion be granted and that the Court resentence him to time-served and a three year period of supervised release.

---

[1] Mr. Adorno stated in his § 2255 motion (at pp. 4, 5) that the new range is 70–87 months. That was an error caused by misreading the sentencing table. As set forth in his § 2255 motion, Mr. Adorno's Total Offense Level is 21 and his Criminal History Category is VI. That yields a guideline range of 77–96 months, rather than 70–87 months.

Assistant U.S. Attorney Alex J. Grant assents to this motion.

Respectfully submitted,
HECTOR ADORNO
By his attorney,


/s/ J. Martin Richey
J. Martin Richey
 B.B.O. #559902
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, J. Martin Richey, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 11, 2018.

/s/ J. Martin Richey
J. Martin Richey