AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| 1]  HECTOR ADORNO | ) | Case No.   08-cr-30023-MGM |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information    ❏ Superseding Information      ❏ Complaint

❏ Probation Violation Petition    ☑ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of Court

| Place: | U.S. District Court<br>300 State Street<br>Springfield, MA 01105 | Courtroom No.:  Hampshire Courtroom |
|---|---|---|
| | | Date and Time:   12/20/2018 11:00 am |

This offense is briefly described as follows:

Violation(s) of conditions of supervised release

Date:   _____12/14/2018_____          ____/s/ Melissa M. Calderón____
                                                              *Issuing officer's signature*

                                                      Melissa M. Calderón, Deputy Clerk
                                                              *Printed name and title*

I declare under penalty of perjury that I have:

❏ Executed and returned this summons          ❏ Returned this summons unexecuted

Date:   _____          _____
                                                              *Server's signature*

                                                      _____
                                                              *Printed name and title*